**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6519**

---

GEORGE E. CARTER,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF PRISONS; HARLEY LAPPIN,
Director, Federal Bureau of Prisons; HARRELL
WATTS, Administrator, National Inmate Appeal-
FBOP; KIM WHITE, Regional Director, Mid-
Atlantic Regional Office; K. J. WENDT, Warden,
FCI-Gilmer; DUANE BROWN, Record Office Staff,
FCI-Gilmer; D. MCADAMS, Unit Manager, FCI-
Gilmer; JANE DOE, (Mrs. Whitlock) Case
Manager, FCI-Gilmer,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (1:05-cv-00130)

---

Submitted: October 12, 2007          Decided: October 22, 2007

---

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George E. Carter, Appellant Pro Se.  Alan Gordon McGonigal, OFFICE
OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George E. Carter appeals the district court order adopting the recommendation of the magistrate judge, granting summary judgment to Defendants on Carter's civil action, and dismissing Carter's complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Carter v. Fed. Bureau of Prisons, No. 1:05-cv-00130 (N.D. W. Va. Mar. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED